[No. 12720–2–II.   Division Two.   March 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH J. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–03154–3, E. Albert Morrison, J., entered March 14, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 10399–4–III.   Division Three.   March 5, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. HARRY JOEL LACEY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–01110–0, Kathleen M. O'Connor, J., entered October 26, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.

[No. 10242–4–III.   Division Three.   March 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS DALE CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 89–1–00033–2, James R. Thomas, J., entered September 11, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.